# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. SANCHEZ, | ) Case No. CV 12-3397 MRW |
|         Petitioner, | ) |
|         vs. | ) JUDGMENT |
| BARNES, Warden, | ) |
|         Respondent. | ) |

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: October 8, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE