# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. SANCHEZ, | Case No. CV 12-3397 MRW |
| Petitioner, | |
| vs. | JUDGMENT |
| BARNES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: October 8, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE